IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SARA VALVERDE,

    Plaintiff,

v.                                                                     No. 1:23-cv-00989-DHU-SCY

GEICO ADVANTAGE INSURANCE COMPANY,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a) and the Court's order dismissing this case,

**IT IS ORDERED** that this case is **DISMISSED with prejudice**.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE